CR 25-481 NEB/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| DAMIEN WILLIAM QUINN, | 18 U.S.C. § 2253 |
| a.k.a. Ryan William Shattuck, | 18 U.S.C. § 2261A(2) |
| | 18 U.S.C. § 2261(b) |
| | 21 U.S.C. § 853(p) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Production and Attempted Production of Child Pornography)

On or about July 6, 2024, in the State and District of Minnesota, and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, an image file ending in "EYAE~v4.jpeg," which is an image of the anus of Minor Victim 1 sent via Snapchat, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign



commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

## COUNT 2
(Production and Attempted Production of Child Pornography)

On or about August 16, 2024, in the State and District of Minnesota, and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a video file ending in "2142_Snapchat.mp4," which is a screen recording of a Snapchat message conversation that includes a photograph depicting the genitals of Minor Victim 2, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

## COUNT 3
(Production and Attempted Production of Child Pornography)

On or about October 20, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a video file ending in "3300_Snapchat.mp4," which is a screen recording of a Snapchat message conversation including a photograph depicting the genitals of Minor Victim 3, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4
(Production and Attempted Production of Child Pornography)

On or about January 24, 2025, in the State and District of Minnesota and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is Minor Victim 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a video file ending in "5229.mp4," which is a screen recording of a Snapchat message conversation including a video depicting the genitals of Minor Victim 4, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNTS 5-6
(Attempted Production of Child Pornography)

On or about the dates listed below, in the State and District of Minnesota and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

did attempt to employ, use, persuade, induce, entice, and coerce the known minors listed below, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and

facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

| Count | Victim | Type of Communication | Date (On or About) |
|---|---|---|---|
| 5 | Minor Victim 5 | Snapchat Messages | March 15-April 5, 2024 |
| 6 | Minor Victim 6 | Snapchat Messages | September 19, 2023 |

## COUNTS 7-11
(Cyberstalking)

Beginning on or about January 2013, the exact date being unknown, and continuing through at least on or about June 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**DAMIEN WILLIAM QUINN,**

with the intent to harass, intimidate, and cause substantial emotional distress, or place under surveillance with the intent to harass intimidate, and cause substantial emotional distress to the victims listed below, used facilities of interstate or foreign commerce, including Snapchat and Instagram messaging platforms, to engage in a course of conduct that caused, and would reasonably be expected to cause, substantial emotional distress to the victims listed above,

their immediate family members, their spouses, and their intimate partners; all in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

| Count | Victim | Date of Communication (On or About) |
|---|---|---|
| 7 | Victim 7 | November 25, 2024 |
| 8 | Victim 8 | October 4, 2024 |
| 9 | Victim 9 | November 23, 2024 |
| 10 | Victim 10 | April 29, 2020 |
| 11 | Victim 11 | November 24, 2024 |

## COUNT 12
(Receipt and Attempted Receipt of Child Pornography)

On or about August 16, 2024, in the State and District of Minnesota, the defendant,

**DAMIEN WILLIAM QUINN,**

did knowingly receive, and attempt to receive, a visual depiction using any means and facility of interstate and foreign commerce or that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, including the Internet, to wit, a screen recording of a Snapchat message conversation with filename ending in "4603_Snapchat.mp4," where the production of such depictions involved the use of Minor Victim 2 engaging in

6

sexually explicit conduct, and such visual depictions are of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

All Counts of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property subject to forfeiture upon conviction of any of Counts 1-6 and Count 12 includes, but is not limited to the following property:

    a.    Samsung Galaxy A54, serial number: RFCW40MKM1D;

b. PNY Black USB 32 GB;

c. NZXT computer tower with power cord, serial number: 37248N61101950;

d. Seagate Expansion Plus hard drive, serial number: NA8A05JW;

e. Samsung phone, IMEI: 358191105938646;

f. EAGET thumb drive;

g. SanDisk Ultra Plus SD Card 32 GB;

h. LG Monitor model 27GN800 with power cord, serial number: 410MXLS94456;

i. LG Monitor model 27GN800 with power cord, serial number: 410MXGL94455

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY                    FOREPERSON